UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

JONATHAN RISSE-SANTOS,

Defendant.

CASE NO: 2:21-mj-00283-EJY

**ORDER**

___ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 0 4 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
_____DEPUTY

Based on the Stipulation of counsel, good cause appearing therefore:

IT IS HEREBY ORDERED that the Preliminary Hearing currently scheduled on June 14, 2021, be vacated and continued to August 13, 2021 at the hour of 4:00 pm.

DATED this 4 day of June, 2021.

_____
Magistrate Judge Elayna J. Youchah

Page 3