**DANIEL F. LIPPMANN, ESQ.**
Nevada Bar No.  11636
**LIPP LAW LLC**
2580 Sorrel Street
Las Vegas, Nevada 89146
(702) 745-4700
Daniel@lipplaw.vegas
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:21-mj-00283-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING (Fifth Request)** |
| JONATHAN RISSE-SANTOS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Daniel F. Lippmann, Esq., counsel for Defendant, JONATHAN RISSE-SANTOS, that the preliminary hearing presently scheduled for December 6, 2021, be vacated and continued to a time convenient to the Court but no sooner than 45 days.

This Stipulation is entered into for the following reasons:

1. Counsels for the United States and Mr. Risse-Santos are in active negotiations and require more time to present and consider offers of resolution.

2. To aid in these negotiations, counsel for Mr. Risse-Santos, has procured the services of a psychiatrist to prepare an evaluation. That evaluation has been provided to counsel for the United States and additional time is needed to finalize negotiations.

3. Daniel F. Lippmann will not have sufficient and adequate time to effectively and thoroughly prepare for preliminary hearing and present an appropriate defense in the above-captioned matter on the date currently set for preliminary hearing.

4. Mr. Risse-Santos is in custody and does not object to the continuance.

5. Furthermore, denial of this request for continuance could result in a miscarriage of justice.

6. The parties agree to the continuance.

7. This is the fifth request for a continuance.

The additional time requested by this stipulation is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

DATED this 16th day of November, 2021

s/Bianca R. Pucci                          
BIANCA R. PUCCI, ESQ.
Assistant United States Attorney

s/Daniel F. Lippmann                   
DANIEL F. LIPPMANN, ESQ.
Nevada Bar No. 11636
*Attorney for Defendant*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

    Plaintiff,

JONATHAN RISSE-SANTOS,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

CASE NO: 2:21-mj-00283-EJY

**ORDER**

Based on the Stipulation of counsel, good cause appearing therefore:

    IT IS HEREBY ORDERED that the Preliminary Hearing currently scheduled on December 6, 2021, be vacated and continued to January 20, 2022 at the hour of 4:00 p.m., in Courtroom 3C.

    DATED this 17th day of November, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE