**DANIEL F. LIPPMANN, ESQ.**
Nevada Bar No. 11636
**LIPP LAW LLC**
2580 Sorrel Street
Las Vegas, Nevada 89146
(702) 745-4700
Daniel@lipplaw.vegas
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:21-mj-00283-EJY |
| Plaintiff, | |
| | **STIPULATION TO CONTINUE** |
| | **PRELIMINARY HEARING** |
| JONATHAN RISSE-SANTOS, | **(Seventh Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Daniel F. Lippmann, Esq., counsel for Defendant, JONATHAN RISSE-SANTOS, that the preliminary hearing presently scheduled for February 22, 2022, be vacated and continued to a time convenient to the Court but no sooner than 30 days.

This Stipulation is entered into for the following reasons:

1. Counsels for the United States and Mr. Risse-Santos have reached an agreement and pleadings have been prepared to enter the plea.

2. Entry of plea is currently scheduled for February 25, 2022. Should entry of plea not occur on that date, counsels would need additional time to prepare for the preliminary hearing.

3. Mr. Risse-Santos is in custody and does not object to the continuance.

4. Furthermore, denial of this request for continuance could result in a miscarriage of justice.

5. The parties agree to the continuance.

6. This is the seventh request for a continuance.

The additional time requested by this stipulation is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

DATED this 15th day of February, 2022

s/Supriya Prasad
SUPRIYA PRASAD, ESQ.
Assistant United States Attorney

s/Daniel F. Lippmann
DANIEL F. LIPPMANN, ESQ.
Nevada Bar No. 11636
*Attorney for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN RISSE-SANTOS,<br><br>Defendant. | CASE NO: 2:21-mj-00283-EJY<br><br>**ORDER** |

Based on the Stipulation of counsel, good cause appearing therefore:

IT IS HEREBY ORDERED that the Preliminary Hearing currently scheduled on February 22, 2022, be vacated and continued to March 24, 2022 at the hour of 4:00 p.m. in Courtroom 3B.

DATED this 17th day of February, 2022.

_____
Magistrate Judge Elayna J. Youchah